## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

ROBERT J. METTY,

      Plaintiff,

v.                                            CASE NO.  4:04cv346-RH/WCS

THE FLORIDA DEPARTMENT OF
EDUCATION, et al.,

      Defendants.

_____/

### ORDER FOR DISMISSAL

Plaintiff has moved to dismiss this action with prejudice based on the
parties' settlement agreement.  Upon consideration,

IT IS ORDERED:

1.  Plaintiff's motion to dismiss this action with prejudice (document 56) is
GRANTED.

2.  The clerk shall enter judgment stating, "The parties are ordered to abide
by their settlement agreement.  The court reserves jurisdiction to enforce the order
to abide by the settlement agreement.  All claims in this action are voluntarily
dismissed with prejudice in accordance with Federal Rule of Civil Procedure 41."

The clerk shall close the file.

      3.  Any party that objects to the terms of this order or the judgment to be entered pursuant hereto may file a timely motion to alter or amend in accordance with Federal Rule of Civil Procedure 59(e).

      SO ORDERED this 8th day of May, 2005.

                    s/Robert L. Hinkle
                    Chief United States District Judge